## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

WILLIE FRANK WHITEHEAD, JR.,

      Plaintiff,

v.                                       Case No:  8:14-cv-1060-T-30EAJ

ALCOTT ROGER, et al.,

      Defendants.

_____/

# <u>ORDER</u>

THIS CAUSE comes before the Court upon Plaintiff's Motion for Demand for Release [from] State of Florida Custody (Doc. 4).  Plaintiff previously filed a complaint pursuant to 42 U.S.C. § 1983, which was dismissed without prejudice and this case was closed.  Because the present motion is filed in a closed case, it should be stricken.

Furthermore, it is difficult to discern from Plaintiff's motion precisely the claims he intends to raise.  But since Plaintiff requests release from the custody of the State of Florida, any such relief would be more appropriately pursued by filing a motion for habeas relief pursuant to 28 U.S.C. § 2254.  The Court will therefore direct the Clerk to send Plaintiff a copy of the form "Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody."  The Court does not suggest, however, that any such petition would have merit.

Accordingly, it is therefore **ORDERED AND ADJUDGED** that:

1.  Plaintiff's Motion for Miscellaneous Relief requesting release from the custody of the State of Florida (Doc. 4) is STRICKEN.

2.  The Clerk is directed to send Plaintiff a copy of the form "Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody."

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of July, 2015.

_____

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

2