**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

WILLIE FRANK WHITEHEAD, JR.,

    Plaintiff,

v.                                          Case No: 8:14-cv-1060-T-30EAJ

ALCOTT ROGER, et al.,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Plea Relief Requested (Doc. 6), which appears to request release from state custody. Plaintiff previously filed a complaint pursuant to 42 U.S.C. § 1983, which was dismissed without prejudice, and this case was closed. Because the present motion was filed in a closed case, it should be stricken.

Additionally, it is difficult to understand precisely the nature of Plaintiff's complaints and the claims he seeks to raise. He appears to indicate that he is a pretrial detainee in the custody of the State of Florida. To the extent he seeks release from the custody of the State of Florida as a pretrial detainee, any such relief is more appropriately sought pursuant to a habeas petition under 28 U.S.C. § 2241. (Doc. 5). The Court will therefore direct the Clerk to send Plaintiff a copy of the form "Petition for a Writ of Habeas

Corpus Under 28 U.S.C. § 2241." The Court does not suggest, however, that any such petition would have merit.

Accordingly, it is therefore **ORDERED AND ADJUDGED** that:

1.	Plaintiff's Motion for Plea Relief Requested (Doc. 6) is STRICKEN.

2.	The Clerk is directed to send Plaintiff a copy of the form "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241."

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of March, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record